IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **19-70142-wlh** |
| **Onesimus Williams Smedley,** | * | |
| **AKA Onesimus W Smedley; AKA** | * | |
| **Onesimus Smedley,** | * | |
| and | * | CHAPTER: 7 |
| **Liz Nallive Smedley,** | * | |
| **AKA Liz Nallive Smedley; AKA Liz N** | * | |
| **Smedley,** | * | |
| Debtors | * | |
| **Onesimus Williams Smedley,** | * | |
| and | * | |
| **Liz Nallive Smedley,** | * | |
| MOVANTS, | * | |
| VS. | * | |
| **Altisource Residential, L.P. (DE)** | * | **Civil Action File No.** |
| | * | **18D52380** |
| RESPONDENT. | * | |

## MOTION TO AVOID JUDICIAL LIEN

COME NOW, Debtors, **Onesimus Williams Smedley** and **Liz Nallive Smedley**, and through counsel moves for an order avoiding a lien held by Respondent pursuant to 11 U.S.C. Section 522(f) and alleges the following:

1.

Respondent obtained a judgment against the Debtors on or about 2018 in the **Magistrate Court of DeKalb County - Georgia**, and the amount of that judgment lien on the petition date was $**1,819.00**.

2.

Pursuant to 11 U.S.C. Section 522 and O.C.G.A. 44-13-100, Debtors properly claimed as exempt on Schedule C, including all allowed amendments to schedule C, the following property:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Onesimus** First Name | **Williams** Middle Name | **Smedley** Last Name |
| Debtor 2 (Spouse if, filing) | **Liz** First Name | **Nallive** Middle Name | **Smedley** Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

Case number (if known): 19-70142-wlh

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **4126 Moore Road Ellenwood, GA 30294  DeKalb County** Line from *Schedule A/B*: **1.1** | $75,000.00 | ■ $40,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(1)** |
| **2015 Chevrolet Malibu 110000 miles** Line from *Schedule A/B*: **3.1** | $9,150.00 | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(3)** |
| **4 Bedrooms, Living Room, FR, Dining Room, All Kitchen Appliances, W/D** Line from *Schedule A/B*: **6.1** | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **5 TVs, 2 Tablets, Xbox, PlayStation, 5Cellphones, DVD, Record Player** Line from *Schedule A/B*: **7.1** | $1,500.00 | ■ $1,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **Weights** Line from *Schedule A/B*: **9.1** | $100.00 | ■ $100.00 ☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |

| Debtor 1 | **Onesimus Williams Smedley** | | |
|---|---|---|---|
| Debtor 2 | **Liz Nallive Smedley** | Case number (if known) | **19-70142-wlh** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Handgun**<br>Line from *Schedule A/B*: **10.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **Clothes and Shoes**<br>Line from *Schedule A/B*: **11.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **Watches, Wedding Rings, Gold Ring, Costume Jewelry**<br>Line from *Schedule A/B*: **12.1** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(5)** |
| **1 Dog, 2 Cats**<br>Line from *Schedule A/B*: **13.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(4)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **Checking: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **401(K): Fidelity Investments**<br>Line from *Schedule A/B*: **21.1** | $6,000.00 | ■ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(2)(E)** |
| **401K: Principle Retirement**<br>Line from *Schedule A/B*: **21.2** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(2.1)(D)** |
| **Pension: Fidelity**<br>Line from *Schedule A/B*: **21.3** | $10,000.00 | ■ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(2.1)(D)** |
| **Federal: Anticipated 2019 Tax refund**<br>Line from *Schedule A/B*: **28.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **State: Anticipated 2019 Tax refund**<br>Line from *Schedule A/B*: **28.2** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Onesimus Williams Smedley** | | |
| Debtor 2 | **Liz Nallive Smedley** | Case number (if known) | **19-70142-wlh** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

3.

The value of each claimed exemption in the above property, as shown on Schedule C, is equal to or greater than the market value of that property, as accurately reflected on Schedules A and B, except the **residence (50%)** which has a value of **$150,000.00** and is subject to a purchase money lien of **$155,239.00,** leaving **$0.00** in equity, an amount equal to or less than the claimed exemption.

4.

Debtors also own 2015 Chevrolet Malibu automobile, which has a value of **$9,150.00** and is subject to a purchase money lien of **$10,187.00**, leaving $**0.00** in equity, an amount equal to or less than the claimed exemption.  Debtors are not attempting to avoid Respondent's lien against the vehicle because debtors assert that, under Georgia Law, Respondent's F.I.F.A. does not attach to the vehicle – an issue which properly will be decided through the claims allowance process.

WHEREFORE, Debtors are entitled to entry of an Order avoiding Respondent's lien against the exempt property, as set forth above.

        Respectfully submitted
        CLARK & WASHINGTON, PC

        /s/
        Taylor Foster GA Bar No. 888197
        Attorneys for Debtors

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **19-70142-wlh** |
| **Onesimus Williams Smedley,** | * | |
| **AKA Onesimus W Smedley; AKA** | * | |
| **Onesimus Smedley,** | * | |
| and | * | CHAPTER: 7 |
| **Liz Nallive Smedley,** | * | |
| **AKA Liz Nallive Smedley; AKA Liz N** | * | |
| **Smedley,** | * | |
| Debtors | * | |
| **Onesimus Williams Smedley,** | * | |
| **AKA Onesimus W Smedley; AKA** | * | |
| **Onesimus Smedley,** | * | |
| **Liz Nallive Smedley,** | * | |
| **AKA Liz Nallive Smedley; AKA Liz N** | * | |
| **Smedley,** | * | |
| MOVANTS, | * | |
| VS. | * | |
| **Altisource Residential, L.P. (DE)** | * | **Civil Action File No.** |
| | * | **18D52380** |
| RESPONDENT. | * | |

## NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO
## <u>AVOID JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME</u>

NOTICE IS HEREBY GIVEN that a Motion to avoid a judicial lien on exempt property pursuant to 11 U.S.C. Section 522 has been filed in the above-styled case on 12/30/2019.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-1(b) NDGA, the Respondent must file a response to the Motion within 21 days after service, exclusive of the day of service, and serve a copy of same on Movants. In the event no response is timely filed and served, then the Bankruptcy Court may enter an order granting the relief sought.

Respectfully submitted<br>
CLARK & WASHINGTON, LLC<br>
/s/_____<br>
Taylor Foster GA Bar No. 888197

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO.: **19-70142-wlh** |
| **Onesimus Williams Smedley,** | * |
| **AKA Onesimus W Smedley; AKA Onesimus Smedley,** | * |
| and | * CHAPTER: 7 |
| **Liz Nallive Smedley,** | * |
| **AKA Liz Nallive Smedley; AKA Liz N Smedley,** | * |
| Debtors | * |

### CERTIFICATE OF SERVICE

I certify that I have this date served the following parties with a copy of the within "Notice Of Requirement Of Response To Motion To Avoid Judicial Lien On Exempt Property And Of Time To File Same" and "Motion To Avoid Judicial Lien" by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

**Cathy L. Scarver- Chapter 7 Trustee**
P.O. Box 672587
Marietta, GA 30006

**Onesimus & Liz Nallive Smedley**
4126 Moore Road
Ellenwood, GA 30294

**Altisource Residential, L.P. (DE)**
Reg. Agent: CT Corporation System
289 S Culver ST
Lawrenceville, GA 30046

**Altisource Residential, L.P. (DE)**
Matthew F Totten, Attorney
The Gilroy Firm
3780 Mansell Road, Suite 140
Alpharetta, GA 30022

Dated: 12/30/2019

/s/
Taylor Foster GA Bar No. 888197
Attorneys for Debtors

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685